# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DERRICK SHERROD GALVIN**  PLAINTIFF
**ADC #163461**

v.  CASE NO. 1:17-CV-00078 BSM

**KIRT WILLIAMS, et al.**  DEFENDANTS

## ORDER

The recommended disposition submitted by United States Magistrate Judge Beth Deere [Doc. No. 23] and plaintiff Derrick Galvin's objections [Doc. No. 24] have been reviewed. After *de novo* review of the record, the recommended disposition is adopted in its entirety. Accordingly, the defendants' motion for summary judgment [Doc. No. 16] is granted, and Galvin's case is dismissed without prejudice for his failure to exhaust administrative remedies. The defendants' motion to take deposition [Doc. No. 21] is denied as moot.

IT IS SO ORDERED this 10th day of April 2018.

_____
UNITED STATES DISTRICT JUDGE